THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COLONY INSURANCE COMPANY, | § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 3:19-cv-02487-L-BT |
| EMERALD VALLEY VILLAS HOMEOWNERS' ASSOCIATION, INC. | § § § § | |
| Defendant. | § § | |

**ORDER GRANTING DEFENDANT/COUNTER-PLAINTIFF'S EXTENSION OF TIME TO FILE ITS RESPONSE TO PLAINTIFF/COUNTER-DEFENDANT'S MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS**

It is hereby ORDERED that Defendant/Counter-Plaintiff be granted an extension of time to file its response to Plaintiff/Counter-Defendant's Motion To Compel Arbitration and Motion To Dismiss. In that regard, Defendant/Counter-Plaintiff must now file its response no later than midnight on June 12, 2020.

**It is so ordered** this _____ day of May 2020.

Rebecca Rutherford
United States Magistrate Judge